direct a verdict and introduce evidence is as fully presented by the return as made by the trial judge as it would be if the proposed amendments were allowed.

PEOPLE, Respondent, v. AMERICAN ICE CO., Appellant. (Supreme Court, Appellate Division, First Department. October 28, 1910.) Proceedings by the People of the State of New York against the American Ice Company. J. S. Auerbach, for appellant. F. C. Tanner, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 120 N. Y. Supp. 443.

PEOPLE v. BANK OF STATEN ISLAND. In re MAYER. (Supreme Court, Appellate Division, Third Department. November 16, 1910.) Proceedings by the People of the State of New York against the Bank of Staten Island. In the matter of the judicial settlement of the account of Joseph B. Mayer, former receiver, etc.

PER CURIAM. Order reversed, with $10 costs and disbursements, and motion granted, without costs,' without passing upon the liability of the receiver which question can only properly be determined when all the facts are before the court.

PEOPLE v. BERGOFFEN. (Supreme Court, Appellate Division, First Department. October 14, 1910.) Proceedings by the People against Morris Bergoffen. No opinion. Motion to dismiss appeal granted. Order filed.

PEOPLE, Respondent, v. BIGELOW. Appellant. (Supreme Court, Appellate Division, First Department. October 28, 1910.) Proceedings by the People of the State of New York against Claude Bigelow. J. C. Jackson, for appellant. R. S. Johnstone, for respondent.

PER CURIAM. Judgment affirmed. Order filed.

McLAUGHLIN, J., dissenting.

PEOPLE, Respondent, v. BRIGHT, Appellant. (Supreme Court, Appellate Division, Third Department. November 16, 1910.) Proceedings by the People of the State of New York against Albert Bright. No opinion. Judgment of conviction and order unanimously affirmed.

PEOPLE, Respondent, v. BROWNE, Appellant. (Supreme Court, Appellate Division, First Department. October 21, 1910.) Proceedings by the People of the State of New York against Travers S. Browne. C. S. Bostwick, for appellant. R. C. Taylor, for respondent. No opinion. Judgment affirmed. Order filed.

PEOPLE, Respondent, v. CONNOLLY, Appellant. (Supreme Court, Appellate Division, Third Department. November 16, 1910.) Proceedings by the People of the State of New York against Edward Connolly. No opinion. Judgment of conviction and order unanimously affirmed.

PEOPLE v. COPELLO. (Supreme Court, Appellate Division, First Department. November 25, 1910.) Proceedings by the People against Vincenzo Copello. No opinion. Motion to dismiss appeal granted. Order filed.

PEOPLE v. COTTER. (Supreme Court, Appellate Division, First Department. October 14, 1910.) Proceedings by the People against William Cotter. No opinion. Motion to dismiss appeal granted. Order filed.

PEOPLE v. DAVIS. (Supreme Court, Appellate Division, First Department. October 28, 1910.) Proceedings by the People against Rosalie Davis. No opinion. Motion to dismiss appeal granted. Order filed.

PEOPLE v. DELESSANDRO et al. (Supreme Court, Appellate Division, First Department. October 14, 1910.) Proceedings by the People against Dominick Delessandro and others. No opinion. Motion to dismiss appeal granted. Order filed.

PEOPLE v. FIELDS. (Supreme Court, Appellate Division, First Department. October 14, 1910.) Proceedings by the People against Lizzie Fields. No opinion. Motion to dismiss appeal granted. Order filed. See, also, 125 N. Y. Supp. infra.

PEOPLE v. FIELDS. (Supreme Court, Appellate Division, First Department. October 28, 1910.) Proceedings by the People against Lizzie Fields. No opinion. Motion granted and default opened on condition that appellant file the printed papers on appeal and points so that the case can be argued on November 15th. Order filed. See, also, supra.

PEOPLE, Appellant, v. FRANEY, Respondent. (Supreme Court, Appellate Division, Third Department. September 21, 1910.) Proceedings by the People of the State of New York against John Franey, as clerk of Albany county, state of New York. No opinion. Order (68 Misc. Rep. 107, 124 N. Y. Supp. 963) affirmed, with $10 costs and disbursements.

PEOPLE v. GOLDEN. (Supreme Court, Appellate Division, First Department. October 28, 1910.) Proceedings by the People against Mary Golden. No opinion. Motion to dismiss appeal granted. Order filed.

PEOPLE v. GOODMAN. (Supreme Court, Appellate Division, First Department. November 11, 1910.) Proceedings by the People of the State of New York against Samuel Goodman. No opinion. Motion to dismiss appeal granted, unless appellant comply with terms stated in order. Order filed.

PEOPLE, Respondent, v. HOTALING, Appellant. (Supreme Court, Appellate Division, Second Department. December 2, 1910.) Proceedings by the People of the State of New York against Cassius Hotaling. No opinion. Judgment of conviction of the County Court of Dutchess county and order affirmed.